# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULINE PALMISCIANO, On Behalf of Herself and All Others Similarly Situated,<br><br>           Plaintiff,<br><br>    v.<br>CELATOR PHARMACEUTICALS, INC., MICHAEL R. DOUGHERTY, SCOTT JACKSON, JOSEPH A. MOLLICA, JEAN-PIERRE BIZZARI, RICHARD S. KOLLENDER, JOSEPH M. LOBACKI, SCOTT MORENSTEIN, and NICOLE VITULLO,<br><br>           Defendants. | Civil Action No. 16-03814 (FLW) (DEA)<br><br>**ORDER TO STAY PROCEEDINGS** |
| JORGE L. BARRETO, On Behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>    v.<br><br>CELATOR PHARMACEUTICALS, INCL., MICHAEL R. DOUGHERTY, SOCTT JACKSON, JOSEPH A. MOLLICA, JEAN-PIERRE BIZZARI, RICHARD S. KOLLENDER, JOSEPH M. LOBACKI, SCOTT MORESTEIN, AND NICOLE VITULLO,<br><br>           Defendants. | Civil Action No. 16-03866 (FLW) (DEA) |

**THIS MATTER** having been opened to the Court by the Plaintiffs in the above-captioned matter, by and through their attorneys, seeking an Order staying all proceedings in this action, in light of the parties having entered into a tentative settlement agreement memorialized

in a Memorandum of Understanding on July 6, 2016, which contemplates that the Plaintiffs will conduct confirmatory discovery on the fairness of the settlement prior to submitting a stipulation of settlement along with a motion for preliminary approval, and good cause having been shown:

**IT IS** on this 7th day of July, 2016,

**ORDERED** that all proceedings in the above-captioned matters are stayed and administratively terminated pending further Order of the Court.

      /s/    Freda L. Wolfson
Honorable Freda L. Wolfson, U.S.D.J.